In the Matter of the Claim of NOBLE CLARK, Respondent, against HARRY C. BARR, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The employer has appealed from an award of compensation in favor of claimant. On December 18, 1933, while engaged in the course of his employment claimant sustained an injury to his right eye which resulted in its total loss of use. The appellant contends that the claimant was either an independent contractor or an employee of an independent contractor and that consequently he is not employed within the meaning of the Workmen's Compensation Law. The Industrial Board found that claimant was employed by the appellant for the purpose of erecting two bungalows on property owned by the latter and that while so engaged he received the injury for which the award was made. There is evidence to sustain the finding of the Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LOIS JEAN HOLLAND, an Infant, by ORVILLE P. HOLLAND, Her Guardian ad Litem, Respondent, v. NEVILLE P. NEWCOMB, OLIVER A. DE GUIRE, Appellants, and ELMER C. RILEY, Defendant. ORVILLE R. HOLLAND, Respondent, v. NEVILLE P. NEWCOMB, OLIVER A. DE GUIRE, Appellants, and ELMER C. RILEY, Defendant.— Defendants Newcomb and DeGuire have appealed from judgments entered against them on verdicts of the jury and also from orders denying their motions for new trials. The actions are to recover damages for negligence arising out of a collision on December 1, 1935, on the Glens Falls–West Glens Falls highway between a Ford automobile owned by defendant DeGuire and a Dodge automobile operated by defendant Riley. The plaintiff Lois Jean Holland, a child eight years of age, was a passenger in the car of defendant Riley. She sued to recover for personal injuries. The coplaintiff, her father, sued to recover for expenses for the treatment and care of the child. The evidence clearly sustains the verdicts of the jury. Judgments and orders unanimously affirmed, with costs to plaintiffs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.